IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 10-647-1 |
| CURTIS BARBEE | : |

**ORDER**

AND NOW, this 8 day of August, 2011, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 10-647-1 is dismissed without prejudice.

BY THE COURT:

HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*

- 3 -